STEVE T. KOSTELAC, Jr., Appellant, *v.* SHERIFF, CLARK COUNTY, NEVADA, Respondent.

No. 9594

March 30, 1977                    561 P.2d 1334

*Madison B. Graves,* Las Vegas, for Appellant.

*Robert List,* Attorney General, Carson City; *George E. Holt,* District Attorney, *Thomas D. Beatty,* Assistant District Attorney, and *J. Michael McGroarty,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

On the authority of, and for the same reasons stated in, Hilkert v. Sheriff, 93 Nev. 153, 561 P.2d 448 (1977), we reverse the district judge's order denying Steve T. Kostelac, Jr.'s petition for a writ of habeas corpus.